```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

MOISES DOMINICI *et al.*,

                Plaintiffs,

     -v-

RISING SUN CONSTRUCTION LLC,

                Defendants.

---------------------------------------------------------------------X

18-CV-11383 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

    Due to ongoing mediation efforts and the remaining discovery schedule, the status conference scheduled before this Court for December 14, 2020 at 3:00 p.m. is adjourned *sine die*.

    SO ORDERED.

Dated: December 8, 2020
       New York, New York

                                          JOHN P. CRONAN
                                       United States District Judge