```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :
MOISES DOMINICI et al.,                             :
                                                    :
                      Plaintiffs,                   :
                                                    :          18-CV-11383 (JPC)
        -v-                                         :
                                                    :              ORDER
RISING SUN CONSTRUCTION LLC,                        :
                                                    :
                      Defendants.                   :
                                                    :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of the parties' joint request for approval of their proposed settlement agreement pursuant to *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). Dkt. 67. Before the Court can approve this agreement, it seeks clarification on one issue.

Under the agreement, Plaintiff Eddy Garcia will receive $4,864.10, approximately 26.5% of his total estimated damages of $18,365.50. *See id.* at 2. Plaintiff Juan Marquez will receive $7,936.07, approximately 26.3% of his total estimated damages of $30,230.00. *See id.* Plaintiff Jose Barros will receive $7,660.36, approximately 38.5% of his total estimated damages of $19,887.50. *See id.* And Plaintiff Demetrio Morales Martinez will receive $7,035.01, approximately 14.1% of his total estimated damages of $49,802.00. *See id.*

Within one week of the filing of this Order, the parties shall submit a joint letter explaining the rationale behind each Plaintiff's settlement figure and why there is such a discrepancy among them.

SO ORDERED.

Dated: May 6, 2021
       New York, New York

_____
JOHN P. CRONAN
United States District Judge