UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                         :
MOISES DOMINICI *et al.*,              :
                         :
                Plaintiffs,      :
                         :              18 Civ. 11383 (JPC)
     -v-                   :
                         :              <u>ORDER</u>
RISING SUN CONSTRUCTION LLC *et al.*, :
                         :
                Defendants.   :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The parties should be ready for trial in this case on October 31, 2022. The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

      The joint proposed pretrial order and all other required pretrial filings shall be filed in accordance with 7.B-C of the Court's Individual Rules and Practices in Civil Cases by September 30, 2022. Any opposition to a motion *in limine* and responsive pretrial memoranda of law shall be filed by October 7, 2022. Parties should submit courtesy copies of documentary evidence in accordance with 7.F of the Court's Individual Rules and Practices in Civil Cases by October 26, 2022. The parties shall appear for a final pretrial conference on October 24, 2022 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.

SO ORDERED.

Dated: January 30, 2022                                        _____
      New York, New York                                  JOHN P. CRONAN
                                                      United States District Judge