UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MOISES DOMINICI *et al.*, :
:
Plaintiffs, :
: 18 Civ. 11383 (JPC)
-v- :
: ORDER
RISING SUN CONSTRUCTION LLC *et al.*, :
:
Defendants. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The parties shall appear for a teleconference on August 4, 2022 at 10:30 a.m. to discuss the pending motions for summary judgment. *See* Dkts. 95, 99. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.

Dated: July 29, 2022
New York, New York

JOHN P. CRONAN
United States District Judge