# Law Offices of
# James F. Sullivan, P.C.

52 Duane Street, 7th Floor
New York, New York 10007
212-374-0009
(fax)212-374-9931

August 1, 2022

Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Via ECF and email

      **Re:**    *Dominici et. al. v. RSC Group, LLC et. al.*
                Case No.: 1:18-cv-11383 (JPC)-(JLC)

Dear Judge Cronan:

      The Court has scheduled a teleconference for August 4, 2022 at 10:30 a.m. to discuss the pending motions for summary judgment. I write to request an adjournment of the August 4, 2022 conference. The undersigned has a previously scheduled settlement conference on for the same time that day. This is the first request for an adjournment of this conference. All Counsel have conferred and consent to adjourning the conference.

      The Court's time and attention to this matter are greatly appreciated.

      Respectfully,

      /S/ *James F. Sullivan*
      James F. Sullivan, Esq.
      Law Offices of James F. Sullivan PC
      *Attorney for Plaintiffs*
      52 Duane Street – 7th Floor
      New York, New York 10007

The court adjourns the teleconference scheduled for August 4, 2022 until August 9, 2022 at 4:30 p.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 115.

SO ORDERED.
Date: August 1, 2022
    New York, New York

_____
JOHN P. CRONAN
United States District Judge