UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                  :
MOISES DOMINICI *et al.*,           :
                  :
              Plaintiffs,     :
                  :     18 Civ. 11383 (JPC)
     -v-           :
                  :     <u>ORDER</u>
RISING SUN CONSTRUCTION LLC *et al.*, :
                  :
              Defendants.  :
                  :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On August 9, 2022, the Court held the scheduled conference to discuss the pending motions for summary judgment. *See* Dkts. 95, 99. For the reasons stated on the record, the Court granted Mr. Steinberg's motion for summary judgment, Dkt. 99, and denied RSC Group, LLC's motion for summary judgment, Dkt. 95. The Clerk of the Court is respectfully directed to close the motions pending at Docket Numbers 95 and 99 and to terminate Mr. Steinberg as a defendant in this case.

      SO ORDERED.

Dated: August 17, 2022
      New York, New York
                                           JOHN P. CRONAN
                                           United States District Judge