# Law Offices of
# James F. Sullivan, P.C.

52 Duane Street, 7th Floor
New York, New York 10007
212-374-0009
(fax)212-374-9931

September 27, 2022

Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**   *Dominici et. al. v. RSC Group, LLC et. al.*
             Case No.: 1:18-cv-11383 (JPC)-(JLC)

Dear Judge Cronan:

    The Parties joint proposed pretrial order and all other required filings are due to be filed by September 30, 2022. The Parties respectfully request an extension until October 14, 2022 to complete the pretrial order and all other required filings.

    This bench trial involves 16 Plaintiffs who primarily speak Spanish. The Plaintiff requests additional time to prepare the necessary affidavits. This is the first request for an extension of time. Defendant consents to the extension of time.

    The Court's time and attention to this matter are greatly appreciated.

                                                           Respectfully,

                                                           *James F. Sullivan*
                                                          James F. Sullivan, Esq.
                                                          Law Offices of James F. Sullivan PC
                                                           *Attorney for Plaintiffs*
                                                          52 Duane Street – 7th Floor
                                                          New York, New York 10007

---

The request is granted. The deadline for the parties to file their pretrial orders and all other required filings is adjourned from September 30, 2022 to October 14, 2022. The Clerk of Court is respectfully directed to close the motion pending at Docket Number 118.

SO ORDERED.
Date: September 2*, 2022
New York, New York

                                          _____
                                          JOHN P. CRONAN
                                          United States District Judge