```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MOISES DOMINICI et al.,                                                :
                                                                       :
                          Plaintiffs,                                  :
                                                                       :            18 Civ. 11383 (JPC)
            -v-                                                        :
                                                                       :            ORDER
RISING SUN CONSTRUCTION LLC et al.,                                    :
                                                                       :
                          Defendants.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 13, 2022 the parties informed the Court that they have reached a settlement. Dkt. 120. Therefore, all currently scheduled deadlines and conferences, including the trial set to begin on October 31, 2022, are adjourned *sine die*. If the parties have not submitted their settlement materials for approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) by November 14, 2022, they shall submit a status update to the Court by that date.

SO ORDERED.

Dated: October 14, 2022
       New York, New York

                                        _____
                                        JOHN P. CRONAN
                                        United States District Judge