UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
MOISES DOMINICI *et al.*, :
:
                       Plaintiffs, :
:        18 Civ. 11383 (JPC)
        -v- :
:        ORDER
RISING SUN CONSTRUCTION LLC *et al.*, :
:
                       Defendants. :
:
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On February 17, 2023 the Court approved the parties' settlement agreement as fair and reasonable in light of *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), *Lopez v. Nights of Cabiria, LLC*, 96 F. Supp. 3d 170 (S.D.N.Y. 2015), and *Wolinksy v. Scholastic Inc.*, 900 F. Supp. 2d 332 (S.D.N.Y. 2012). Dkt. 136 at 6. The Court dismissed this action with prejudice as to those Plaintiffs who joined the settlement agreement and dismissed without prejudice with respect to those who did not. *Id.* The Court omitted Plaintiff Manuel Castillo from this latter group. Accordingly, the Court dismisses this case without prejudice with respect to Plaintiff Manuel Castillo. The Clerk of Court is respectfully directed to terminate Castillo from this action and to close this case.

      SO ORDERED.

Dated: March 6, 2023
       New York, New York

                                                                    _____
                                                                    JOHN P. CRONAN
                                                                   United States District Judge